IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00398-MSK-BNB

JOSEPH ROSANIA, as Chapter 7 Trustee for the Bankruptcy Estate of Springbok Services, Inc.,

Plaintiff,

v.

GROUP O, INC., an Illinois corporation, and
MURAD VELANI, an individual,

Defendants.

_____

**ORDER**
_____

This matter arises on the parties' **Joint Motion to Extend Discovery Deadlines** [Doc. #

48, filed 11/26/2013] (the "Motion to Extend").  Good cause has been shown, although the

parties are cautioned that if further consultation under D.C.COLO.LCivR 7.1(a) is not productive

or likely to be futile, they should file appropriate motions to compel or for protective order rather

than prolong indefinitely the consultation process.

IT IS ORDERED:

(1)     The Motion to Extend [Doc. # 48] is GRANTED; and

(2)     The case schedule is modified to the following extent:

Discovery Cut-Off:                      March 31, 2014

(All discovery must be completed by the discovery cut-off.  All
written discovery must be served so that responses are due on or
before the discovery cut-off.)

Dispositive Motions Deadline:           March 31, 2014

Expert Disclosures:

> The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before January 13, 2014

Dated December 4, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge