IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00398-MSK-BNB

JOSEPH ROSANIA, as Chapter 7 Trustee for the Bankruptcy Estate of Springbok Services, Inc.,

Plaintiff,

v.

GROUP O, INC., an Illinois corporation, and
MURAD VELANI, an individual,

Defendants.

_____

**ORDER**
_____

Now pending is the parties' **Joint Motion to Extend Discovery Deadlines** [Doc. # 74, filed 3/14/2014] (the "Motion to Extend").  The parties generally request that certain pretrial deadlines be extended by two months because discovery disputes were taken under advisement and were not resolved at the time the motion was filed; certain depositions cannot reasonably be scheduled within the existing discovery deadline; and experts require time after the close of discovery to supplement their disclosures.  I find that good cause exists to grant the requested extensions.  However, in adjusting the deadlines, I have taken into consideration the Trial Preparation Order--Civil [Doc. # 24] entered by the district judge, which provides:

> The deadline in the Scheduling Order for the filing of dispositive
> motions shall also be the deadline for parties to file motions
> challenging the foundational requirements of opinion testimony
> under Fed. R. Civ. P. 702.  If the dispositive motion deadline is
> changed, the Rule 702 motion deadline automatically changes to
> match it.

Id. at p. 2.

IT IS ORDERED that the Motion to Extend [Doc. # 74] is GRANTED as specified, and the case schedule is modified to the following extent:

>   Discovery Cut-Off:            May 30, 2014
>
>   Dispositive Motion Deadline:  June 16, 2014
>
>   Deadline for Rule 702 Motions: June 16, 2014.

Dated March 25, 2014.

>   BY THE COURT:
>
>    s/ Boyd N. Boland
>   United States Magistrate Judge