**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00398-MSK-BNB

JOSEPH ROSANIA, as Chapter 7 Trustee for the
Bankruptcy Estate of Springbok Services, Inc.,

      Plaintiff,

v.

GROUP O, INC., an Illinois corporation,
and MURAD VELANI, an individual,

      Defendants.
_____

**JOINT MOTION TO STAY PENDING BANKRUPTCY COURT'S APPROVAL OF SETTLEMENT**
_____

      The parties, through counsel, jointly request that this case be stayed. The parties have reached a settlement in principle of all claims in this case. The parties must document the settlement agreement. In addition, the settlement agreement must be approved by the bankruptcy court pursuant to Fed. R. Bankr. P. 9019. While the parties will cooperate in good faith to obtain bankruptcy court approval of the settlement agreement as quickly as possible, that process will take approximately one month, assuming there are no objections to the settlement agreement.

      To avoid unnecessary expense of continuing to litigate claims the parties have resolved, the parties request all deadlines in this case be stayed pending the bankruptcy court's approval of the settlement.

The parties further recommend that the first status report to the Court on the approval process be submitted sixty days after this matter is stayed. If the settlement is approved by the bankruptcy court sooner, the parties will inform the Court.

Respectfully submitted this 8th day of April, 2014.

By: *s/ Jeremy A. Moseley*
Terence M. Ridley
Jeremy A. Moseley
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202-5647
Phone: 303-244-1800
ridley@wtotrial.com
moseley@wtotrial.com

**ATTORNEYS FOR DEFENDANT GROUP O, INC.**

By: s/ *Peter A. Cal*
Peter A. Cal
Sherman & Howard L.L.C.
633 17th Street, Suite 3000
Denver, CO 80202
(303) 297-2900
pcal@sah.com
latkins@sah.com
**ATTORNEYS FOR PLAINTIFF**

By: s/ *Kathryn A. Barrett*
Steven E. Abelman
Kathryn A. Barrett
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
(303) 223-1100
sabelman@bhfs.com
kbarrett@bhfs.com
**ATTORNEYS FOR DEFENDANT MURAD VELANI**

2